# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DELANO JOSEPH OLIVER, JR. | § | Case No. 11-43759 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Gregg Szilagyi_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

FORM 1

Exhibit A

| Case No: | 11-43759 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Gregg Szilagyi |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DELANO JOSEPH OLIVER, JR. | | | | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/11 |
| For Period Ending: 08/14/13 | | | | | Claims Bar Date: | 07/31/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Security Deposit with Landlord | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 2 | Household Goods and Furniture | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Books, CDs,etc. | 500.00 | 500.00 | | 0.00 | 500.00 |
| 4 | Clothes | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Watch | 50.00 | 50.00 | | 0.00 | 50.00 |
| 6 | Camera | 25.00 | 25.00 | | 0.00 | 25.00 |
| 7 | Term Life Insurance - No cash surrender value | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | 401k - 100% Exempt | 11,730.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Stock Options Comcast Stock - Debtor cannot cash in before 2 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | 2004 Dodge Durango - 80,000 miles | 7,100.00 | 0.00 | | 0.00 | 0.00 |
| 11 | TAX REFUND (u) | Unknown | Unknown | | 3,871.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |
| | TOTALS (Excluding Unknown Values) | $21,905.00 | $2,075.00 | | $3,871.10 | Gross Value of Remaining Assets $2,075.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-43759
Case Name: DELANO JOSEPH OLIVER, JR.
Taxpayer ID No: XX-XXX3158
For Period Ending: 08/14/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9651 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/23/12 | 11 | US TREASURY | TAX REFUND | 1224-000 | 3,871.00 | | 3,871.00 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,871.01 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,871.04 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.60 | 3,866.44 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,866.47 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.07 | 3,861.40 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.03 | | 3,861.43 |
| 08/30/12 | | Bank of America | | 2600-000 | | 4.59 | 3,856.84 |
| 08/30/12 | | Transfer to Acct#XXXXXX5583 | Transfer of Funds | 9999-000 | | 3,856.84 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,871.10 | 3,871.10 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,856.84 | |
| Subtotal | 3,871.10 | 14.26 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 3,871.10 | 14.26 | |

Page Subtotals         3,871.10         3,871.10

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 11-43759
Case Name: DELANO JOSEPH OLIVER, JR.
Taxpayer ID No: XX-XXX3158
For Period Ending: 08/14/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5583 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9651 | Transfer of Funds | 9999-000 | 3,856.84 | | 3,856.84 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.38 | 3,854.46 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.46 | 3,852.00 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.37 | 3,849.63 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | 2.45 | 3,847.18 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 10.00 | 3,837.18 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 10.00 | 3,827.18 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | 10.00 | 3,817.18 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 10.00 | 3,807.18 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 10.00 | 3,797.18 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | 10.00 | 3,787.18 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 10.00 | 3,777.18 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,856.84 | 79.66 | 3,777.18 |
| Less: Bank Transfers/CD's | 3,856.84 | 0.00 | |
| Subtotal | 0.00 | 79.66 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 79.66 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9651 | 3,871.10 | 14.26 | 0.00 |
| Checking Acccount - XXXXXX5583 | 0.00 | 79.66 | 3,777.18 |
| | 3,871.10 | 93.92 | 3,777.18 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 3,871.10
Total Gross Receipts: 3,871.10

Page Subtotals         3,856.84         79.66

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43759
Debtor Name: OLIVER, DELANO JOSEPH JR.
Claims Bar Date: 07/31/12

Date: August 14, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $967.78 | $967.78 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC as assignee<br>of UNION PRIVILEGE/HSBC MAST<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Unsecured | | $0.00 | $413.18 | $413.18 |
| 2 300 7100 | Atlas Acquisitions LLC (HSBC BANK)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $3,740.13 | $3,740.13 |
| 3 300 7100 | Asset Acceptance LLC<br>assignee CITIBANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $4,154.98 | $4,154.98 |
| 4 300 7100 | Asset Acceptance LLC<br>assignee CITIBANK (SOUTH DAKOTA), NA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $7,274.11 | $7,274.11 |
| 5 300 7100 | Portfolio Recovery Associates, LLC<br>succ. to HSBC Bank Nevada NA<br>Orchard Bank/Non Prime<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $1,352.80 | $0.00 |
| 5 300 7100 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank/Non Prime<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,352.80 | $1,352.80 |
| 6 300 7100 | FIA CARD SERVICES, N.A. as successor<br>to Bank of America NA USA<br>and MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $883.49 | $883.49 |
| 7 300 7100 | BMW Bank of North America<br>PO Box 23356<br>Pittsburgh, PA 15222 | Unsecured | | $0.00 | $3,066.97 | $3,066.97 |
| 8 300 7100 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $17,227.43 | $17,227.43 |
| 9 300 7100 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $228.05 | $228.05 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43759  
Debtor Name: OLIVER, DELANO JOSEPH JR.  
Claims Bar Date: 07/31/12  

Date: August 14, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 300 7100 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $918.02 | $918.02 |
| 11 300 7100 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $10,832.48 | $10,832.48 |
| 12 300 7100 | Springleaf Finanacial Services of Indiana Inc PO BOX 3251 Evansville, IN 47731-3251 | Unsecured | | $0.00 | $603.34 | $603.34 |
| | Case Totals | | | $0.00 | $53,015.56 | $51,662.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-43759
Case Name: DELANO JOSEPH OLIVER, JR.
Trustee Name: Gregg Szilagyi

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ | $ | $ |
| 2 | Atlas Acquisitions LLC (HSBC BANK) | $ | $ | $ |
| 3 | Asset Acceptance LLC | $ | $ | $ |
| 4 | Asset Acceptance LLC | $ | $ | $ |
| 5 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 6 | FIA CARD SERVICES, N.A. as successor | $ | $ | $ |
| 7 | BMW Bank of North America | $ | $ | $ |
| 8 | Sallie Mae | $ | $ | $ |
| 9 | GE Capital Retail Bank | $ | $ | $ |
| 10 | American Express Bank, FSB | $ | $ | $ |
| 11 | American Express Bank, FSB | $ | $ | $ |
| 12 | Springleaf Finanacial Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE