UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DELANO JOSEPH OLIVER, JR. §   Case No. 11-43759
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn Street
   Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/18/2013 in Courtroom 744,

   United States Courthouse
   219 S Dearborn St Chgo, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2013   By: Gregg Szilagyi
                 Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DELANO JOSEPH OLIVER, JR. § Case No. 11-43759
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,871.10 |
| and approved disbursements of | $ | 93.92 |
| leaving a balance on hand of[1] | $ | 3,777.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 967.78 | $ 0.00 | $ 967.78 |
| Total to be paid for chapter 7 administrative expenses | | $ | 967.78 |
| Remaining Balance | | $ | 2,809.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,694.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 413.18 | $ 0.00 | $ 22.90 |
| 2 | Atlas Acquisitions LLC (HSBC BANK) | $ 3,740.13 | $ 0.00 | $ 207.27 |
| 3 | Asset Acceptance LLC | $ 4,154.98 | $ 0.00 | $ 230.26 |
| 4 | Asset Acceptance LLC | $ 7,274.11 | $ 0.00 | $ 403.12 |
| 5 | Portfolio Recovery Associates, LLC | $ 1,352.80 | $ 0.00 | $ 74.97 |
| 6 | FIA CARD SERVICES, N.A. as successor | $ 883.49 | $ 0.00 | $ 48.96 |
| 7 | BMW Bank of North America | $ 3,066.97 | $ 0.00 | $ 169.96 |
| 8 | Sallie Mae | $ 17,227.43 | $ 0.00 | $ 954.70 |
| 9 | GE Capital Retail Bank | $ 228.05 | $ 0.00 | $ 12.64 |
| 10 | American Express Bank, FSB | $ 918.02 | $ 0.00 | $ 50.87 |
| 11 | American Express Bank, FSB | $ 10,832.48 | $ 0.00 | $ 600.31 |
| 12 | Springleaf Finanacial Services | $ 603.34 | $ 0.00 | $ 33.44 |

Total to be paid to timely general unsecured creditors  $ 2,809.40

Remaining Balance  $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   Prepared By: Gregg Szilagyi
   　　　　　　　　　　　　　　　Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-43759-ERW
Delano Joseph Oliver                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2013.
```
db          +Delano Joseph Oliver, Jr.,   10341 S. Cramdon,   Chicago, IL 60617-5622
17982337    +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
19108756     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18863050    +Atlas Acquisitions LLC  (HSBC BANK),   294 Union St.,   Hackensack, NJ 07601-4303
19005929   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A. as successor,   to Bank of America NA USA,
              and MBNA America Bank NA,   PO Box 15102,   Wilmington, DE 19886-5102)
19032439    +BMW Bank of North America,   PO Box 23356,   Pittsburgh, PA 15222-6356
17982345    +BMW Bank of North America,   2735 E. Parleys Way,   #301,   Salt Lake City, UT 84109-1666
17982342    +Bank of America,   P.O. Box 17054,   Wilmington, DE 19884-0001
17982344    +Barclay's Bank Delaware,   P.O. Box 8803,   Wilmington, DE 19899-8803
17982346   ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
             (address filed with court: CACH LLC,   370 17th Street,   Ste. 5000,   Denver, CO 80202)
17982347    +Capstone Financial,   c/o The Albert Law Firm, P.C.,   29 N. Wacker Drive, #550,
              Chicago, IL 60606-2851
17982348    +Chase - Circuit City,   P.O. Box 15298,   Wilmington, DE 19850-5298
17982349    +Chase Bank USA,   P.O. Box 15298,   Wilmington, DE 19850-5298
17982351    +CitBank USA,   Pencader Corp. Center,   110 Lake Drive,   Newark, DE 19702-3317
17982352   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   1 Dell Way PS2DF-2,   Round Rock, TX 78682)
17982356    +HSBC,   Attn: Bankruptcy Department,   636 Grand Regency Blvd.,   Brandon, FL 33510-3942
17982357    +HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
17982366   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio RC,   120 Corporate Blvd.,   Ste. 1,   Norfolk, VA 23502)
17982364    +Peoples Energey Credit Union,   130 E. Randolph Drive,   205th Floor,   Chicago, IL 60601-6207
17982365    +Portfolio,   120 Corporate Road,   Norfolk, VA 23502-4962
17982369    +Sears/CBNA,   701 East 6oth Street North,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
17982372    +Steven J. Fink,   25 E. Washington,   1233,   Chicago, IL 60602-1876
17982373    +TD Auto Finance,   P.O. Box 9223,   Farmington, MI 48333-9223
18011868    +TD Auto Finance LLC fka Chrysler,   Financial Services Americas LLC,   c/o Riezman Berger, P.C.,
              7700 Bonhomme, 7th Floor,   St. Louis, MO 63105-1960
17982375    +Zwicker & Associates,   7366 N. Lincoln Ave,   Lincolnwood, IL 60712-1708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18861804     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2013 20:15:00
              American InfoSource LP as agent for,   RJM Acquisitions, LLC as assignee,
              of UNION PRIVILEGE/HSBC MAST,   PO Box 268850,   Oklahoma City, OK  73126-8850
17982339    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 23 2013 20:08:05   Asset Acceptance,
              P.O. Box 1630,   Warren, MI 48090-1630
17982340     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 23 2013 20:08:05   Asset Acceptance,
              P.O. Box 795161,   San Antonio, TX 78279
18936316    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 23 2013 20:08:05   Asset Acceptance LLC,
              assignee CITIBANK,   PO Box 2036,   Warren, MI 48090-2036
18936436    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 23 2013 20:08:05   Asset Acceptance LLC,
              assignee CITIBANK (SOUTH DAKOTA), NA,   PO Box 2036,   Warren, MI 48090-2036
18478927    +E-mail/Text: bnc@atlasacq.com Aug 23 2013 20:09:57   Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
19069104     E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2013 20:15:19   GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17982353    +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2013 20:15:15   GEMB/Lowes,   P.O. Box 981400,
              El Paso, TX 79998-1400
17982354    +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2013 20:15:15   GEMB/Sams Club,   P.O. Box 965005,
              Orlando, FL 32896-5005
17982355    +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2013 20:12:27   GEMB/Walmart,   P.O. Box 981400,
              El Paso, TX 79998-1400
17982360    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2013 20:08:09   Midland Credit Management,
              8875 Aero Drive,   San Diego, CA 92123-2255
17982367    +E-mail/Text: rjm@ebn.phinsolutions.com Aug 23 2013 20:08:04   RJM,   575 Underhill Blvd.,
              Ste. 224,   Syosset, NY 11791-4437
17982370     E-mail/PDF: cbp@slfs.com Aug 23 2013 20:14:16   Springleaf Financial Services,
              600 N. Royal Ave.,   Evansville, IN 47731
17982371     E-mail/PDF: cbp@slfs.com Aug 23 2013 20:12:56   Springleaf Financial Services,   P.O. Box 59,
              Evansville, IN 47701
17982368    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 23 2013 20:13:07   Sallie Mae,   P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
19060685    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 23 2013 20:15:23   Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
19242913     E-mail/PDF: cbp@slfs.com Aug 23 2013 20:15:21   Springleaf Finanacial Services,
              of Indiana Inc,   PO BOX 3251,   Evansville, IN 47731-3251
                                                                                              TOTAL: 17
```

```
District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17982374       Webbk/Dfs,    Address Unknown
17982338*     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
19108757*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17982341*      Asset Acceptance,    P.O. Box 795161,    San Antonio, TX 78279
17982343*     +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
17982350*     +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
17982358*     +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
17982359*     +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
17982361*     +Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2255
19253175*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Orchard Bank/Non Prime,
               POB 41067,    Norfolk VA 23541)
18993519*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    succ. to HSBC Bank Nevada NA,
               Orchard Bank/Non Prime,    PO Box 41067,    Norfolk, VA 23541)
17982362      ##+Paragon Way, Inc.,    2101 W. Ben White Blvd.,    Austin, TX 78704-7517
17982363      ##+Patelco Credit Union,    156 Second Street,    San Francisco, CA 94105-3725
                                                                                             TOTALS: 1, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: cgreen              Page 3 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2013 at the address(es) listed below:

```
          Gregg  Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Jeffrey L Benson    on behalf of Debtor Delano Joseph Oliver, Jr. jeffrey-benson@sbcglobal.net
          Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC  f/k/a Chrysler Financial Services
           Americas, L.L.C. iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```