# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
DELANO JOSEPH OLIVER, Jr.                        §        Case No. 11-43759
                                                §
              Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GREGG SZILAGYI _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TD Auto Finance P.O. Box 9223 Farmington, MI 48333 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | American Express P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Asset Acceptance P.O. Box 1630 Warren, MI 48090 | | | | | |
| | Bank of America P.O. Box 17054 Wilmington, DE 19884 | | | | | |
| | Bank of America P.O. Box 17054 Wilmington, DE 19884 | | | | | |
| | Barclay's Bank Delaware P.O. Box 8803 Wilmington, DE 19899 | | | | | |
| | BMW Bank of North America 2735 E. Parleys Way #301 Salt Lake City, UT 84109 | | | | | |
| | CACH LLC 370 17th Street Ste. 5000 Denver, CO 80202 | | | | | |
| | Capstone Financial c/o The Albert Law Firm, P.C. 29 N. Wacker Drive, #550 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase - Circuit City P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Dell Financial Services 1 Dell Way PS2DF-2 Round Rock, TX 78682 | | | | | |
| | GEMB/Lowes P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | GEMB/Sams Club P.O. Box 965005 Orlando, FL 32896 | | | | | |
| | GEMB/Walmart P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | HSBC Attn: Bankruptcy Department 636 Grand Regency Blvd. Brandon, FL 33510 | | | | | |
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Midland Credit Management 8875 Aero Drive San Diego, CA 92123 | | | | | |
| | Midland Credit Management 8875 Aero Drive San Diego, CA 92123 | | | | | |
| | Patelco Credit Union 156 Second Street San Francisco, CA 94105 | | | | | |
| | Peoples Energey Credit Union 130 E. Randolph Drive 205th Floor Chicago, IL 60601 | | | | | |
| | Portfolio 120 Corporate Road Norfolk, VA 23502 | | | | | |
| | RJM 575 Underhill Blvd. Ste. 224 Syosset, NY 11791 | | | | | |
| | Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sears/CBNA 701 East 6oth Street North P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Springleaf Financial Services 600 N. Royal Ave. Evansville, IN 47731 | | | | | |
| | Springleaf Financial Services P.O. Box 59 Evansville, IN 47701 | | | | | |
| | Webbk/Dfs Address Unknown | | | | | |
| 1 | American InfoSource LP as agent for | | | | | |
| 3 | Asset Acceptance LLC | | | | | |
| 4 | Asset Acceptance LLC | | | | | |
| 2 | Atlas Acquisitions LLC (HSBC BANK) | | | | | |
| 7 | BMW Bank of North America | | | | | |
| 11 | FSB American Express Bank | | | | | |
| 10 | FSB American Express Bank | | | | | |
| 9 | GE Capital Retail Bank | | | | | |
| 6 | N. A. as successor FIA CARD SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Portfolio Recovery Associates, LLC | | | | | |
| 5 | Portfolio Recovery Associates, LLC | | | | | |
| 8 | Sallie Mae | | | | | |
| 12 | Springleaf Finanacial Services | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-43759 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|---|

Case Name: DELANO JOSEPH OLIVER, Jr.

For Period Ending: 03/18/2014

Date Filed (f) or Converted (c): 10/27/2011 (f)

341(a) Meeting Date: 12/05/2011

Claims Bar Date: 07/31/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Security Deposit with Landlord | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 2.  Household Goods and Furniture | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3.  Books, CDs,etc. | 500.00 | 500.00 | | 0.00 | 500.00 |
| 4.  Clothes | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5.  Watch | 50.00 | 50.00 | | 0.00 | 50.00 |
| 6.  Camera | 25.00 | 25.00 | | 0.00 | 25.00 |
| 7.  Term Life Insurance - No cash surrender value | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8.  401k - 100% Exempt | 11,730.00 | 0.00 | | 0.00 | 0.00 |
| 9.  Stock Options Comcast Stock - Debtor cannot cash in before 2 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2004 Dodge Durango - 80,000 miles | 7,100.00 | 0.00 | | 0.00 | 0.00 |
| 11. TAX REFUND (u) | Unknown | Unknown | | 3,871.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $21,905.00 | $2,075.00 | | $3,871.10 | $2,075.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR):

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-43759
Case Name: DELANO JOSEPH OLIVER, Jr.

Taxpayer ID No: XX-XXX3158
For Period Ending: 03/18/2014

Trustee Name: GREGG SZILAGYI
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5583
 Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9651 | Transfer of Funds | 9999-000 | $3,856.84 | | $3,856.84 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $2.38 | $3,854.46 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $2.46 | $3,852.00 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $2.37 | $3,849.63 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $2.45 | $3,847.18 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $3,837.18 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $3,827.18 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $3,817.18 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $3,807.18 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $3,797.18 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $3,787.18 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $3,777.18 |
| 09/18/13 | 1002 | GREGG SZILAGYI 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of <Percent> per court order.) | 2100-000 | | $967.78 | $2,809.40 |
| 09/18/13 | 1003 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of UNION PRIVILEGE/HSBC MAST PO Box 268850 Oklahoma City, OK 73126-8850 | (Final distribution to Claim 1, representing a Payment of 5.54% per court order.) | 7100-000 | | $22.90 | $2,786.50 |
| 09/18/13 | 1004 | Atlas Acquisitions LLC (HSBC BANK) 294 Union St. Hackensack, NJ 07601 | (Final distribution to Claim 2, representing a Payment of 5.54% per court order.) | 7100-000 | | $207.27 | $2,579.23 |

Page Subtotals: $3,856.84   $1,277.61

Page: 2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-43759 | Trustee Name: GREGG SZILAGYI | |
| Case Name: DELANO JOSEPH OLIVER, Jr. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5583 | |
| | Checking Acccount | |
| Taxpayer ID No: XX-XXX3158 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/18/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/13 | 1005 | Asset Acceptance LLC assignee CITIBANK PO Box 2036 Warren, MI 48090 | (Final distribution to Claim 3, representing a Payment of 5.54% per court order.) | 7100-000 | | $230.26 | $2,348.97 |
| 09/18/13 | 1006 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAKOTA), NA PO Box 2036 Warren, MI 48090 | (Final distribution to Claim 4, representing a Payment of 5.54% per court order.) | 7100-000 | | $403.12 | $1,945.85 |
| 09/18/13 | 1007 | Portfolio Recovery Associates, LLC c/o Orchard Bank/Non Prime POB 41067 Norfolk VA 23541 | (Final distribution to Claim 5, representing a Payment of 5.54% per court order.) | 7100-000 | | $74.97 | $1,870.88 |
| 09/18/13 | 1008 | FIA CARD SERVICES, N.A. as successor to Bank of America NA USA and MBNA America Bank NA PO Box 15102 Wilmington, DE 19886-5102 | (Final distribution to Claim 6, representing a Payment of 5.54% per court order.) | 7100-000 | | $48.96 | $1,821.92 |
| 09/18/13 | 1009 | BMW Bank of North America PO Box 23356 Pittsburgh, PA 15222 | (Final distribution to Claim 7, representing a Payment of 5.54% per court order.) | 7100-000 | | $169.96 | $1,651.96 |
| 09/18/13 | 1010 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | (Final distribution to Claim 8, representing a Payment of 5.54% per court order.) | 7100-000 | | $954.70 | $697.26 |
| 09/18/13 | 1011 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | (Final distribution to Claim 9, representing a Payment of 5.54% per court order.) | 7100-000 | | $12.64 | $684.62 |
| 09/18/13 | 1012 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | (Final distribution to Claim 10, representing a Payment of 5.54% per court order.) | 7100-000 | | $50.87 | $633.75 |
| 09/18/13 | 1013 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | (Final distribution to Claim 11, representing a Payment of 5.54% per court order.) | 7100-000 | | $600.31 | $33.44 |

Page Subtotals:       $0.00       $2,545.79

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-43759 | Trustee Name: GREGG SZILAGYI |
| Case Name: DELANO JOSEPH OLIVER, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5583 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX3158 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/18/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/13 | 1014 | Springleaf Finanacial Services of Indiana Inc PO BOX 3251 Evansville, IN 47731-3251 | (Final distribution to Claim 12, representing a Payment of 5.54% per court order.) | 7100-000 | | $33.44 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $3,856.84 | $3,856.84 |
| Less: Bank Transfers/CD's | | $3,856.84 | $0.00 |
| Subtotal | | $0.00 | $3,856.84 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $3,856.84 |

Page Subtotals:                $0.00                $33.44

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-43759
Case Name: DELANO JOSEPH OLIVER, Jr.

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX9651
MONEY MARKET ACCOUNT

Taxpayer ID No: XX-XXX3158
For Period Ending: 03/18/2014

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/12 | 11 | US TREASURY | TAX REFUND | 1224-000 | $3,871.00 | | $3,871.00 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $3,871.01 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,871.04 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $4.60 | $3,866.44 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,866.47 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $5.07 | $3,861.40 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.03 | | $3,861.43 |
| 08/30/12 | | Bank of America | | 2600-000 | | $4.59 | $3,856.84 |
| 08/30/12 | | Transfer to Acct# XXXXXX5583 | Transfer of Funds | 9999-000 | | $3,856.84 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,871.10 | $3,871.10 |
| Less: Bank Transfers/CD's | $0.00 | $3,856.84 |
| Subtotal | $3,871.10 | $14.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,871.10 | $14.26 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Page Subtotals:    $3,871.10    $3,871.10

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5583 - Checking Acccount | $0.00 | $3,856.84 | $0.00 |
| XXXXXX9651 - MONEY MARKET ACCOUNT | $3,871.10 | $14.26 | $0.00 |
| | $3,871.10 | $3,871.10 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,871.10 |
| Total Gross Receipts: | $3,871.10 |